FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0609

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0609

_____

WELLS FARGO BANK, N.A.,

     Plaintiff and Appellant,

  v.                               O R D E R

ZINVEST, LLC,

     Defendant and Cross Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022